252-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING B.V.
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax



Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MUR SHIPPING B.V.,                                    08 CV _____ (___)

                Plaintiff,                              **RULE 7.1 STATEMENT**

    -against-

AGRENCO MADEIRA COMERCIO
INTERNACIONAL LDA,

                Defendant.
----------------------------------------------------------------x

      The Plaintiff, MUR SHIPPING B.V., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       May 6, 2008

                                          FREEHILL HOGAN & MAHAR, LLP
                                          Attorneys for Plaintiff
                                          MUR SHIPPING B.V.
               By:    _____
                                            Peter J. Gutowski (PG 2200)
                                          80 Pine Street
                                          New York, NY  10005
                                          Telephone:  (212) 425-1900
                                          Fax:  (212) 425-1901

NYDOCS1/304074.1