252-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING B.V.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MUR SHIPPING BV,

        Plaintiff,

 - against –

AGRENCO MADEIRA COMERCIO
INTERNACIONAL LDA,

        Defendant.
-----------------------------------------------------------------x

08 CV 4280 (GEL)

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL
AND RELEASE OF
ATTACHED FUNDS**

  The Defendant not having appeared, answered or filed a motion for summary judgment, the above entitled action is hereby discontinued pursuant to F.R.C.P. 41(a)(1)(A)(i) and the Attachment issued in this action pursuant to Supplemental Rule B is hereby vacated and cancelled. Any garnishee holding funds pursuant to the Order of Attachment issued in this action is hereby directed to immediately release the funds from restraint and transfer them to the original intended beneficiary.

Dated: New York, New York
   May 20, 2008

NYDOCS1/304976.1

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING B.V.

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

So Ordered:

_____
U.S.D.J.

5/22/08